# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES ◉ NO

**DOCKET NUMBER:** 3:26-cr-50-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** :**US** vs | Kenneth Lewis Massey |
| **COUNTY OF OFFENSE** : | Mecklenburg |
| **RELATED CASE INFORMATION** : | |
| *Magistrate Judge Case Number* : | |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | Arrest Warrant |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ○ Petty ○ Misdemeanor ◉ Felony

18 U.S.C. § 2119; 18 U.S.C. § 924(c)(1)(A)(ii); and 18 U.S.C. § 922(g)

**JUVENILE:** ○ Yes ◉ No

**ASSISTANT U. S. ATTORNEY** : William Wiseman

**VICTIM/WITNESS COORDINATORS:** N/A

**INTERPRETER NEEDED** : No

**LIST LANGUAGE AND/OR DIALECT:** N/A

**REMARKS AND SPECIAL INSTRUCTIONS:** N/A