# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> vs. <br><br> **KENNETH LEWIS MASSEY,** <br><br> *Defendant.* | **DOCKET NO. 3:26-CR-56-MOC** <br><br><br> **UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT AND DETENTION HEARING** |

Kenneth Lewis Massey, by and through his counsel of record, Assistant Federal Defender John Parke Davis, respectfully requests that this Court continue the arraignment and detention hearing currently scheduled for April 3, 2026. Mr. Lewis moves this Court pursuant to 18 U.S.C. § 3142(f) to continue these hearings to April 13, 2026, to allow additional time to prepare for his hearing. This extra time is also required to permit counsel to fully determine the status of existing competency proceedings instituted in Mr. Massey's parallel state case and to determine the extent, if any, to which similar proceedings may be warranted in his federal case. The government does not oppose this motion.

Respectfully submitted:


s/ John Parke Davis
John Parke Davis
N.C. Bar No. 34427
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax

jp_davis@fd.org
*Attorney for Kenneth Lewis Massey*

DATE:  April 2, 2026